12-05871 / 11-12576  
Automated Presort Inc.

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 42 | Allowed | Automated Presort, Inc. (11-12576) | $7,262.58 | Goods Sold | 9/19/2011 | Unsecured | American Solutions For Business P.O. Box 218, Glenwood, MN 56334 |
| 42 | Allowed | Automated Presort, Inc. (11-12576) | $2,993.28 | Goods Sold | 9/19/2011 | Unsecured | American Solutions For Business P.O. Box 218, Glenwood, MN 56334 |
| 42 | Allowed | Automated Presort, Inc. (11-12576) | $4,269.30 | Goods Sold | 9/19/2011 | Secured | American Solutions For Business P.O. Box 218, Glenwood, MN 56334 |
| 42 | Allowed | Automated Presort, Inc. (11-12576) | $4,269.30 | Goods Sold | 9/19/2011 | Unsecured Priority | American Solutions For Business P.O. Box 218, Glenwood, MN 56334 |
| 51 | Disallowed | Automated Presort, Inc. (11-12576) | $37,991.78 | Micellaneous Leased Equipment | 9/24/2011 | Unsecured | CIT Technology Financing Services, Inc 10201 Centurion Pkwy N. #100, Jacksonville, FL 32256 |
| 53 | Allowed | Automated Presort, Inc. (11-12576) | $819.06 | Goods Sold | 9/24/2011 | Unsecured | Speedway LLC, Subsidary of Marathon Petroleum Co. LP Speedway LLC, P.O. Box 1590, Springfield, OH 45501 |
| 98 | Allowed | Automated Presort, Inc. (11-12576) | $7,284.02 | Goods sold | 10/26/2011 | Unsecured | VIDEOJET TECHNOLOGIES, INC. 12113 COLLECTION CENTER DRIVE, ATTN: ACCTS. RECEIVABLE, Chicago, IL 60693 |
| 110 | Allowed | Automated Presort, Inc. (11-12576) | $28,649.16 | Goods sold and delivered | 10/31/2011 | Unsecured | Sonar Credit Partners II, LLC (Michael Goldberg) 200 Business Park Drive, Suite 201, Armonk, NY 10504 |
| 138 | Allowed | Automated Presort, Inc. (11-12576) | $51,871.07 | Goods sold, services | 11/22/2011 | Unsecured | Mail Automation, Inc. c/o Robert Dersham, 1429 Warrington Way, Trinity, FL 34655 |
| 148 | Withdrawn | Automated Presort, Inc. (11-12576) | not less than $71,632.00 | Violations of citations to discover assets. See appendix. | 12/13/2011 | Unsecured | Bank of America NA (John Schuessler, Thomas J. Flanagan) 135 S. LaSalle St., Ste. 1140, Chicago, IL 60603-4177 |
| 178 | Allowed | Automated Presort, Inc. (11-12576) | $4,879.87 | Goods sold | 1/17/2012 | Unsecured | Imprint Enterprises, Inc 555 N. Commons Drive, Aurora, IL 60504 |
| 184 | Allowed | Automated Presort, Inc. (11-12576) | $376.00 | Services for scale equipment maintenance | 1/18/2012 | Unsecured | John F. Starmann Co. DBA C&M Scale Co. 7241 W. ROOSEVELT ROAD, FOREST PARK, IL 60130 |
| 199 | Allowed | Automated Presort, Inc. (11-12576) | $16,649.64 | Fuel credit card purchase | 1/19/2012 | Unsecured | Wright Express (Randall, Lisa) PO BOX 639, Portland, ME 04103 |
| 215 | Allowed | Automated Presort, Inc. (11-12576) | $772.07 | Goods sold, Services performed | 1/20/2012 | Unsecured | CASSIDY TIRE & SERVICE 200 SOUTH CHURCH ST, ADDISON, IL 60101 |
| 221 | Disallowed | Automated Presort, Inc. (11-12576) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 221 | Disallowed | Automated Presort, Inc. (11-12576) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 221 | Disallowed | Automated Presort, Inc. (11-12576) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 235 | Allowed | Automated Presort, Inc. (11-12576) | $1,565.46 | services provided | 1/26/2012 | Unsecured | Allied Waste 5050 W. Lake Street, Melrose Park, IL 60160 |
| 239 | Allowed | Automated Presort, Inc. (11-12576) | $7,984.05 | Office supplies and misc. goods sold. | 1/26/2012 | Unsecured | Warehouse Direct Inc. 1601 W. Algonquin Rd., Mount Prospect, IL 60056 |
| 255 | Allowed | Automated Presort, Inc. (11-12576) | $203.50 | Medical services provided | 2/1/2012 | Unsecured | Medical Associates Clinic PC 1500 ASSOCIATES DRIVE, Dubuque, IA 52002 |
| 264 | Allowed | Automated Presort, Inc. (11-12576) | $1,896.53 | goods sold | 2/1/2012 | Unsecured | Chapter Capital Management, LLC 200 Business Park Drive, Suite 306, Armonk, NY 10504 |
| 264 | Allowed | Automated Presort, Inc. (11-12576) | $1,896.53 | goods sold | 2/1/2012 | Unsecured | VILLA PARK ELECTRICAL SUPPLY CO.INC 420 W.NORTH AVENUE, Addison, IL 60101 |
| 271 | Allowed | Automated Presort, Inc. (11-12576) | $1,436.44 | goods sold/service performed | 2/12/2012 | Unsecured | AMERICA'S FLEET SERVICE, INC. PO BOX 696, Minooka, IL 60447 |
| 271 | Allowed | Automated Presort, Inc. (11-12576) | $1,436.44 | goods sold/service performed | 2/12/2012 | Unsecured Priority | AMERICA'S FLEET SERVICE, INC. PO BOX 696, Minooka, IL 60447 |
| 293 | Allowed | Automated Presort, Inc. (11-12576) | $21,004.89 | services performed | 2/17/2012 | Unsecured | Streamlite P.O. Box 402692, Atlanta, GA 30384 |
| 294 | Allowed | Automated Presort, Inc. (11-12576) | $215.01 | Services Performed | 2/17/2012 | Unsecured | Splat Pest Control, Inc. 1012 Evergreen Drive, Carol Stream, IL 60188 |
| 300 | Allowed | Automated Presort, Inc. (11-12576) | $1,845.60 | Legal Services Performed | 2/17/2012 | Unsecured | Law Office of Jeffrey W. Horwitz Ltd. (Jeffrey William Horwitz Esq.) 150 N. Wacker Dr., Ste. 2525, Chicago, IL 60606-1676 |
| 327 | Allowed | Automated Presort, Inc. (11-12576) | $3,661.71 | parts, repair of equipment | 2/28/2012 | Unsecured | Allison's Hydraulic Service Inc 1352 Enterprise Dr., Romeoville, IL 60446 |
| 346 | Disallowed | Automated Presort, LLC (12-05871) | $40,982.07 | Master vehicle Lease Agreement dated June 10, 2010. | 3/8/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 346 | Disallowed | Automated Presort, LLC (12-05871) | unknown | Master vehicle Lease Agreement dated June 10, 2010. | 3/8/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 346 | Disallowed | Automated Presort, LLC (12-05871) | unknown | Master vehicle Lease Agreement dated June 10, 2010. | 3/8/2012 | Secured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 347 | Disallowed | Automated Presort, LLC (12-05871) | $57,621.14 | Loan and Security Agreement dated January 26, 2011 | 3/8/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 347 | Disallowed | Automated Presort, LLC (12-05871) | unknown | Loan and Security Agreement dated January 26, 2011 | 3/8/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 347 | Disallowed | Automated Presort, LLC (12-05871) | unknown | Loan and Security Agreement dated January 26, 2011 | 3/8/2012 | Secured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 349 | Disallowed | Automated Presort, LLC (12-05871) | $758,587.85 | Master Security Agreement and Promissory Note dated March 18 2011. | 3/8/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 349 | Disallowed | Automated Presort, LLC (12-05871) | unknown | Master Security Agreement and Promissory Note dated March 18 2011. | 3/8/2012 | Unsecured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 349 | Disallowed | Automated Presort, LLC (12-05871) | unknown | Master Security Agreement and Promissory Note dated March 18 2011. | 3/8/2012 | Secured | General Electric Capital Corporation c/o Kathleen A. Murphy, Esq Reed Smith LLP 1501 N. Market Street, suite 1500, Wilmington, Delaware 19801 |
| 351 | Disallowed | Automated Presort, LLC (12-05871) | $115,941.14 | | 3/8/2012 | Unsecured | Bell & Howell 3791 S Alston Ave, Durham, NC 27713 |
| 351 | Disallowed | Automated Presort, LLC (12-05871) | $39,105.94 | | 3/8/2012 | Unsecured Priority | Bell & Howell 3791 S Alston Ave, Durham, NC 27713 |
| 357 | Allowed | Automated Presort, Inc. (11-12576) | $1,333,812.83 | Services Performed | 3/8/2012 | Unsecured | Quad Graphics N 63 W, 23075 Main Street, Sussex, WI 53089 |
| 375 | Allowed | Automated Presort, Inc. (11-12576) | $168.72 | Services | 3/8/2012 | Unsecured | FedEx Tech Connect, Inc. 3965 Airways Blvd. Module G. 3rd Floor, Memphis, TN 38116 |
| 393 | Pending | Automated Presort, LLC (12-05871) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 402 | Allowed | Automated Presort, Inc. (11-12576) | $359.00 | Services Performed | 3/9/2012 | Unsecured | Advocate Occupational Health P.O. Box 70003, Chicago, IL 60673-0003 |

12-05871 / 11-12576
Automated Presort Inc.

**Final Claims Register**

*Numerical Order*

| Claim | Status | Debtor | Amount | Description | Date | Class | Creditor |
|---|---|---|---|---|---|---|---|
| 419 | Pending | Automated Presort, LLC (12-05871) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 419 | Pending | Automated Presort, LLC (12-05871) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 435 | Withdrawn | Automated Presort, LLC (12-05871) | $3,300.00 | Accounting/Consulting | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 456 | Pending | Automated Presort, LLC (12-05871) | $1,650,000.00* | Money loaned | 3/10/2012 | Unsecured | Jaganath A. Naidu, Vasudevaki Naidu 17628 Bryan Pl., Granada Hills, CA 91344-1940 |
| 460 | Settled | Automated Presort, LLC (12-05871) | $125,750.69 +unliquidated | see attached rider | 3/11/2012 | Unsecured | Oakbrook Financial Inc. (Kaushik C. Pansholi) 1112 S. Washington St., Ste. 101, Naperville, IL 60540-7959 |
| 460 | Settled | Automated Presort, LLC (12-05871) | $125,750.69 | see attached rider | 3/11/2012 | Secured | Oakbrook Financial Inc. (Kaushik C. Pansholi) 1112 S. Washington St., Ste. 101, Naperville, IL 60540-7959 |
| 473 | Allowed | Automated Presort, Inc. (11-12576) | $36,775.00 | services performed | 6/6/2012 | Unsecured | Gregory A. Tyc 1720 S. Loomis St., Apt. 2F, Chicago, IL 60608-2129 |
| 473 | Allowed | Automated Presort, Inc. (11-12576) | $11,725.00 | services performed | 6/6/2012 | Unsecured Priority | Gregory A. Tyc 1720 S. Loomis St., Apt. 2F, Chicago, IL 60608-2129 |
| 477 | Allowed | Automated Presort, Inc. (11-12576) | $78,275.00 | Compensation | 9/13/2012 | Unsecured | Imbriani, Jerome 757 Du Page Blvd, Unit 2424, Glen Ellyn, IL 60138-8720 |
| 477 | Allowed | Automated Presort, Inc. (11-12576) | $11,725.00 | Compensation | 9/13/2012 | Unsecured Priority | Imbriani, Jerome 757 Du Page Blvd, Unit 2424, Glen Ellyn, IL 60138-8720 |
| 480 | Pending | Automated Presort, LLC (12-05871) | $31,033.65 | Vacation and sick pay | 2/28/2013 | Unsecured | DiMonte & Lizak LLC (Abraham Elliott Brustein Esq., Pethinaidu Veluchamy) 216 W. Higgins Rd., Park Ridge, IL 60068-5706 US |
| 480 | Pending | Automated Presort, LLC (12-05871) | $5,000.00 | Vacation and sick pay | 2/28/2013 | Unsecured Priority | DiMonte & Lizak LLC (Abraham Elliott Brustein Esq., Pethinaidu Veluchamy) 216 W. Higgins Rd., Park Ridge, IL 60068-5706 US |
| 483 | Pending | Automated Presort, LLC (12-05871) | $45,773.92 | Vacation and sick pay | 2/28/2013 | Unsecured | Parameswari Veluchamy Abraham Brustein Esq., Diamonte & Lizak LLC, 216 W. Higgins Rd., Park Ridge, IL 60068 |
| 483 | Pending | Automated Presort, LLC (12-05871) | $4,000.00 | Vacation and sick pay | 2/28/2013 | Unsecured Priority | Parameswari Veluchamy Abraham Brustein Esq., Diamonte & Lizak LLC, 216 W. Higgins Rd., Park Ridge, IL 60068 |
| 511 | Withdrawn | Automated Presort, LLC (12-05871) | Unknown | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 511 | Withdrawn | Automated Presort, LLC (12-05871) | Unknown | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 512 | Withdrawn | Automated Presort, LLC (12-05871) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC122-1 | Allowed | Automated Presort, Inc. (11-12576) | $857.10 | See attached | 12/5/2011 | Unsecured | W.W. Grainger, Inc. (Deutschmann, Cindi) 7300 N. Melvina, MES17821873395, Niles, IL 60714 |
| AC456-1 | Pending | Automated Presort, LLC (12-05871) | $50,000.00 | Money Loaned | 5/28/2014 | Unsecured | Brown Udell Pomerantz & Delrahim Ltd. (Andrew A. Jacobson Esq., Jaganath A. Naidu, Vasudevaki Naidu) 1332 N. Halsted St., Ste. 100, Chicago, IL 60642-2637 |